UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DeReen A. Wofford
11 Marshall St Passic County Jail 4G-2 unit
Paterson New Jersey 07501

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Jonathan K. Bustios (Both) #4818#
Mathew, Torres (Both) #4849#
Employed by Paterson Police Department
111 Broadway Paterson nJ 07501

Alexis Torres #4869# (witness) To Avent
John Farfan #4813# (witness To Avent)
Frank Torlego #4834# (witness) To Avent
Employed by Paterson Police Department
111 Broadway Paterson New Jersey 07501

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
- Name: Dereen A. Wofford
- Street Address: 11 Marsh St Passic County jail 4G-2 unit
- County, City: Passic Paterson nJ 07501
- State & Zip Code: New Jersey 07501
- Telephone Number: N/A

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Johathan K. Bustios #4818#
Street Address 111 Broadway Paterson Police Department
County, City Passic Paterson NJ 07501
State & Zip Code New Jersey 07501

Defendant No. 2
Name Mathew Torres #4849#
Street Address 111 Broadway Paterson Police Department
County, City Passic Paterson NJ 07501
State & Zip Code New Jersey 07501

Defendant No. 3
Name John Farfan #4813#
Street Address 111 Broadway Paterson Police Department
County, City Passic Paterson NJ 07501
State & Zip Code New Jersey 07501

Defendant No. 4
Name Alexis Torres #4869#  Frank Tokoo #4834#
Street Address 111 Broadway Paterson Police Department
County, City Passic Paterson NJ 07501
State & Zip Code New Jersey 07501

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
- [ ] Federal Questions
- [ ] Diversity of Citizenship
- [✓] U.S. Government Plaintiff
- [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? (2) Diversity of Citizenship - Under 28 U.S.C. §1332. Pernitive Damage's personal Injury by government offical (3) gun shot's wound's while Handcuffed behind my back lying face down) "(Reasonable speaking)" "(Respectfully submitted)"

-2-

Helpful Hints:

~ All original papers submitted for consideration to the Court are to be filed with the **Clerk of this Court**. Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting pro se). Proof that service has been made is provided by a certificate of service. This certificate should be filed in the case along with the original papers and should show the day and manner of service.

    Example: "I, (name), do hereby certify that a true and correct copy of the foregoing (name of pleading or other paper) has been served upon (name(s) of person(s) served) by placing the same in the U.S. Mail, properly addressed this (date) day of (month), (year)."

*Di'lon A. Wofford*
(Signature)

~ Any request for court action shall be set forth in a motion, properly filed and served. (Please see the Motion Guide included in this packet.)

~ No direct communication is to take place with the District Judge or United States Magistrate Judge with regard to this case. **All relevant information and papers are to be directed to the Clerk.**

~ The parties should notify the Clerk's office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.

5/15/2017

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __Citizen U.S.__

Defendant(s) state(s) of citizenship __Citizen U.S. Officers Paterson Police Department__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __117 Martin St 21 Ave Apt #3 Paterson NJ. 07501 Second floor__

B. What date and approximate time did the events giving rise to your claim(s) occur? __On The above Date And Time 12/30/2016 Approx 10:5 PM__

[What happened to you?]

C. Facts: On The above Date and Time 12/30/2016 10:5PM (5) Paterson Police Officers was dispatched to the above location 117 Martin st 21 Ave Apt #3 sameFloor on a Domestic disputed in which Officer's proceed to break down the front door of my Apartment ex-girlfriend Apartment, punch and strike me with close fist and kick me in the face Officer Jonathen K. Bustios #4818 stood up over top of me After officer Mathew Torres punched and kick me several Times #Mathew Torres #4844

[Who did what?]

Struck me several time's in the Head face area then kick me after he handcuffed me behind my back lying face down on the floor officer Jonathen K. Bustios stand up over me a fired (3) shot (2) of which struck my lower Extremities Calver's both Right leg and Left leg calves and (1) shot in which broke my hermal humrus Bone all postior bilatrial Entry wounds from behind in which You would call this type of shooting (Tactical kill shots)

[Was anyone else involved?]

(3) other Officer's where on sceen however prior to shooting didn't Inter the Apartment yet all officer state they never sceen (me) with a (weapon) nor did they here command's givin by any Officer's prior to the shoting (Please Reffer) to (Passic County) (Investigative Report) from the prosecutors offices pg. 15 all officer stated they never gave command's nor seen me with a (weapon)

[Who else saw what happened?]

(prior to the shoting) Officer (Frank Toriedo) states He observes me lying (5 of 15) face down on the floor in hallway near bedroom) Please Reffer to pg 5/of/15 last To scentaes stated by officer Frank Toriedo #4834 #(Reasonable Respectfully submitted)

-3-

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Brusses swelling to my head and face area, As well as (3) gunshots wounds postior and bilatrail from behind why I was handcuffed lieyeing face down on floor (1) builet Remain's lodged in my upper heural head still which I belive may feather go to prove my incisets to this (initail incident) if Evinience would be Removen from my physical I have major Displacment's and suffero a fracture which is permintally Displaceo my left sholder, and sever leg PAIN in both Right And Left leg's. (Reasonable speaking)

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

To pay for all medical camp losses unges meoines (terapy) out patinents once allowed to have my freedom (Releasen) (commetrally) A.S.A.P.) and amount of, 2,000,000,000 million Dollars I will never be the same nor will I walk the same or be able to hold my right fottline of work (master mechican) do to Displacement fraltures

My ADD meidaite Relase 2,000,000,000, million dollars

All legail fees AND Meinical pain by the persons being sued

(Rensinable and Respectfully submitten)

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __15__ day of __5/15/_____, 20__17__.

Signature of Plaintiff _____Dillon a. Wofford_____
Mailing Address __11 Marshall St Paterson NJ P.C.J. 4g-2 unit__
__Passic County Jail 4g-2 unit__
__Paterson New Jersey 07501__
Telephone Number __N/A__
Fax Number *(if you have one)* __N/A__
E-mail Address __N/A__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____Dillon a. Wofford_____